**Peter M. Lacy ("Mac") (OSB # 01322)**
Oregon Natural Desert Association
917 SW Oak Street, Suite 419
Portland, OR 97205
(503) 525-0193
lacy@onda.org

**Lauren M. Rule (OSB # 015174)**
Advocates for the West
3115 NE Sandy Blvd., Suite 223
Portland, OR 97232
(503) 914-6388
lrule@advocateswest.org

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# PENDLETON DIVISION

| | |
|---|---|
| **OREGON NATURAL DESERT ASS'N**<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>**BRENDAN CAIN**, Burns District Manager, BLM, *et al*.,<br><br>　　　　　　Defendants.<br>_____ | Case No. 2:12-cv-1551-PK<br><br>**MOTION FOR LEAVE TO FILE SURREPLY** |

　　　The Oregon Natural Desert Association ("ONDA") respectfully asks the Court to grant leave for ONDA to file a surreply in order to respond to new evidence and new arguments presented for the first time in the reply briefs (Dkt ## 54, 55) and two new declarations (Dkt ## 56, 57) filed by defendants ("BLM"). ONDA attaches the proposed surreply as Exhibit A to its

memorandum in support of this motion, and asks the Court to grant this motion by ordering that the proposed surreply is accepted and entered into the record. Pursuant to Local Rule 7-1(a), the undersigned hereby certifies that counsel for plaintiff made a good faith effort to resolve the dispute between the parties, but the parties were unable to resolve the dispute. BLM opposes this motion.

Good cause exists for the Court to grant this motion. ONDA should have the opportunity to respond to the new facts and new arguments, including the two new agency declarations, that BLM has raised with its reply briefs filings concerning sage-grouse issues, GIS issues, standing issues, and evidentiary objections. In support of this motion, ONDA respectfully refers the court to the Memorandum in Support, including the [Proposed] Surreply attached thereto as Exhibit A. As described in that Memorandum, the Court should not consider BLM's new evidence and arguments without giving ONDA an opportunity to respond.

DATED this 27th day of November, 2013.    Respectfully submitted,

s/ Peter M. Lacy
_____
Peter M. Lacy
Oregon Natural Desert Association

Of Attorneys for Plaintiff